FILED

OCT 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00472 |
| | ) | Title 18, United States Code, Section 2113(a) |
| DANIEL BROCK, | ) | |
| Defendant. | ) | JUDGE ADAMS |

COUNT 1
(Bank Robbery, 18 U.S.C. §§ 2113(a))

The Grand Jury charges:

1. On or about September 17, 2026, in the Northern District of Ohio, Eastern Division, Defendant DANIEL BROCK, by force and violence, or intimidation, did take from the person or presence of bank tellers and other employees at the Key Bank, located at 1180 West River Road North, Elyria, Ohio, approximately $850.00 in monies belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.